## THE McDONALD.

### THE JOHN LANG.

(Circuit Court of Appeals, Second Circuit. December 9, 1901.)

#### No. 20.

ADMIRALTY—APPEAL—FAILURE TO SECURE PROPER TRANSCRIPT OF RECORD.

An admiralty suit will not be remanded for a new trial by an appellate court, or to take new testimony, on the ground that the record is incomplete, where such fact results from the failure of appellant to exercise due diligence.

Appeal from the District Court of the United States for the Southern District of New York.

In Admiralty. On motion to remand case to district court for new trial, or to take new testimony, on the ground that the record is incomplete.

Amos Van Etten, for the motion.

Le Roy S. Gove, opposed.

Before WALLACE and LACOMBE, Circuit Judges, and TOWNSEND, District Judge.

PER CURIAM. Motion denied. To grant it would impose too great a burden on libelant. The unfortunate situation of the appellant is mainly due to the want of diligence in taking proper measures to secure an adequate transcript of the record, the defects of which were called to the attention of counsel, and should have been discovered in April, 1901, if not earlier.